UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALICE SOSA,

                                              JUDGMENT
                                              14-CV-07094 (LDH) (RML)

                  Plaintiff,

      v.

NEW YORK CITY DEPARTMENT OF EDUCATION;
MARCY BERGER, in her official and individual
capacities, ALEXANDRA MARKOVICH in her official
and individual capacities; NANCY BUCELLA, in her
official and individual capacities, and GERRI
EDWARDS, in her official and individual capacities,

                  Defendants.
-------------------------------------------------------------------X

        A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States

District Judge, having been filed on August 20, 2019, granting summary judgment in favor of

Defendants as to Plaintiff's remaining claims, which are dismissed with prejudice; it is

        ORDERED and ADJUDGED that summary judgment is granted in favor of Defendants as

to Plaintiff's remaining claims, which are dismissed with prejudice.

Dated: Brooklyn, New York                                  Douglas C. Palmer
       August 22, 2019                                      Clerk of Court

                                                    by:   */s/ Jalitza Poveda*
                                                             Deputy Clerk